**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| RAFAEL VARGAS, | ) | Case No.: 1:20-cv-00182-WES-LDA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| – vs – | ) | NOTICE OF SETTLEMENT |
| | ) | |
| REAL TIME RESOLUTIONS, INC. and | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE IS HEREBY GIVEN** that Plaintiff RAFAEL VARGAS ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES, LLC. ("Equifax") have reached settlement in principle in the above captioned matter. The parties expect to file a Joint Stipulation of Dismissal once settlement documents are executed. Therefore, Plaintiff respectfully requests thirty (30) days in order to complete settlement documents and notify this honorable Court of dismissal. Accordingly, Plaintiff also respectfully requests that pending deadlines and appearances be vacated.

RESPECTFULLY SUBMITTED,

Dated: August 24, 2020   By:*/s/ Daniel Ruggiero*
Daniel Ruggiero, Bar #7637
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

 I hereby certify that on August 24, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed with the Court using its CM/ECF system, which will notify all attorneys of recording.

               By:*/s/ Daniel Ruggiero*
               Daniel Ruggiero, Bar #
               The Law Offices of Daniel Ruggiero
               275 Grove St., Suite 2-400
               Newton, MA 02466
               P: (339) 237-0343
               E: DRuggieroEsq@gmail.com
               Attorney for Plaintiff