# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

RAFAEL VARGAS,

    Plaintiff,

– vs –

REAL TIME RESOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES, LLC,

    Defendants.

Case No.: 1:20-cv-00182-WES-LDA

NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT REAL TIME RESOLUTIONS, INC.

    Plaintiff RAFAEL VARGAS ("Plaintiff"), through his undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses, WITH PREJUDICE, his claims against Defendant Real Time Resolutions, Inc.

RESPECTFULLY SUBMITTED,

Dated: October 5, 2020

By: /s/ Daniel Ruggiero
Daniel Ruggiero, Bar #7637
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on October 5, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed with the Court using its CM/ECF system, which will notify all attorneys of recording. Further, I certify that on October 5, 2020 a copy was served on REAL TIME RESOLUTIONS, INC. via U.S. Mail at 1349 Empire Central Dr Ste 150 Dallas, TX 75247-4029.

By:<u>/s/ *Daniel Ruggiero*</u>
Daniel Ruggiero, Bar #7637
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com
Attorney for Plaintiff