# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RAFAEL VARGAS, | ) |
| | ) Case No.: 1:20-cv-00182-WES-LDA |
| Plaintiff, | ) |
| | ) JOINT STIPULATION OF DISMISSAL |
| – vs – | ) |
| | ) |
| REAL TIME RESOLUTIONS, INC. and | ) |
| EQUIFAX INFORMATION SERVICES, LLC, | ) |
| | ) |
| Defendants. | ) |

Plaintiff RAFAEL VARGAS ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax"), through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal, WITH PREJUDICE, of Plaintiff's claims in this action against Equifax, with each party to bear its own costs and attorneys' fees.

JOINTLY SUBMITTED,

Dated: October 5, 2020

By: */s/ Daniel Ruggiero*
Daniel Ruggiero, Bar #7637
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com
Attorney for Plaintiff

By: /s/ Dana M. Horton
Dana M. Horton
Robinson & Cole LLP
One Financial Plaza
Suite 1430
Providence, RI 02903
709-3300
Fax: 709-3399
Email: dhorton@rc.com

- 1 -

# CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed with the Court using its CM/ECF system, which will notify all attorneys of record.

By: */s/ Daniel Ruggiero*
Daniel Ruggiero, Bar #7637
The Law Offices of Daniel Ruggiero
275 Grove St., Suite 2-400
Newton, MA 02466
P: (339) 237-0343
E: DRuggieroEsq@gmail.com
Attorney for Plaintiff

- 2 -

JOINT STIPULATION OF DISMISSAL